ACCEPTED
03-12-00772-CV
4781790
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 8:51:40 AM
JEFFREY D. KYLE
CLERK

## No. 03-12-00772-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 8:51:40 AM
JEFFREY D. KYLE
Clerk

**Gulf Chemical & Metallurgical Corporation,**
Appellant,

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas,
and Ken Paxton, Attorney General of the State of Texas,**
Appellees.

On Appeal from the 261st Judicial District Court, Travis County Texas
Trial Court Case No. D-1-GN-11-003174

**Appellees' Unopposed Motion for Extension of Time to
File a Motion for Rehearing**

To the Honorable Third Court of Appeals:

Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, file this unopposed motion under Rule 49.8 and 10.5(b) requesting that the time for filing a motion for rehearing be extended for fourteen days, from April 10, 2015 (the current due date) to April 24, 2015, and in support show as follows:

1. The Court rendered judgment on March 26, 2015.

2. Per Tex. R. App. P. 49.1, Appellees' motion for rehearing is due within 15 days of the Court's judgment on April 10, 2015.

3. Per Tex. R. App. P. 49.8, Appellees timely request an additional 14 days to file a motion for rehearing, extending the time to file to April 24, 2015.

4. Appellees have not previously requested to extend the time to file their motion for rehearing.

5. Good cause exists to grant this request. Several levels of staff of the Comptroller and the Attorney agencies have been diligently debating whether to file a motion for rehearing since the Court issued its opinion, but have not yet reached a decision.

6. This extension is not being sought for purposes of delay but rather so that a thorough and clear motion for rehearing, if any, may be presented to the Court.

7. Appellant is not opposed to this motion.

8. Wherefore, Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of Texas, request that this motion be granted, and that the time for filing a motion for rehearing be extended to April 24, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division


*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney-in-Charge
Financial Litigation, Tax, and Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I certify that conferred with Doug Sigel, counsel for Appellant, on April 6, 2015, and he does not oppose this Motion:

/s/Charles K. Eldred
Charles K. Eldred

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on April 7, 2015 on Doug Sigel, counsel for Appellant, to doug.sigel@ryanlawllp.com.

/s/Charles K. Eldred
Charles K. Eldred